**IN RE: YONGPING DAI, Xuhuai Dong, Wei Fan, Yi Fan, Appellants**

**2017-1436**

United States Court of Appeals, Federal Circuit.

January 12, 2018

GEORGE G. WANG, Bei & Ocean, Millington, NJ, argued for appellants.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

(Dyk, Reyna, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**